**Suzanne SCHMIDT, Appellant,**

v.

**DAYTON HUDSON, INC., Appellee.**

No. 01–1996.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 11, 2002.

Filed Feb. 21, 2002.

Before BOWMAN, RICHARD S. ARNOLD, and WOLLMAN, Circuit Judges.

PER CURIAM.

Suzanne Schmidt brought a Title VII case against Dayton Hudson, Inc., asserting claims of hostile work environment, retaliation, and constructive discharge. The District Court[1] granted summary judgment in favor of Dayton Hudson. Schmidt appeals, arguing that the evidence in the summary-judgment record shows various disputed issues of material fact that preclude summary judgment.

Having reviewed the record de novo in light of the briefs and oral arguments and applying well-established summary-judgment standards, we are satisfied the District Court correctly ruled that Dayton Hudson was entitled to summary judgment. We conclude that as a matter of law Schmidt has failed to make a case for trial on any of her claims. Finding no flaw in the District Court's thorough and well-reasoned memorandum and order, we affirm the final judgment entered by that court against Schmidt and in favor of Dayton Hudson. *See* 8th Cir. R. 47B.

---

1. The Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska, presiding with the consent of the parties pursuant to 28 U.S.C. § 636(c).